IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF HL-GA BATTERY COMPANY, LLC, LOCATED AT 9730 US HIGHWAY 280, ELLABELL, GEORGIA 31308, AND CERTAIN PERSONS LOCATED THEREIN | Case No. 4:25-MJ-81 |

## ORDER TO UNSEAL

Based upon the motion of the Government, and for good cause shown therein, it is hereby ORDERED:

That the redacted search warrant in the above-captioned case be unsealed.

The Clerk of Court is directed to file the redacted search warrant on the public docket.

So ORDERED, this 4th day of September 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA